

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00258-CV

**THIRTY-EIGHT THOUSAND FOUR HUNDRED DOLLARS
($38,400.00) UNITED STATES CURRENCY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00346
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's amended brief was due September 14, 2018. On September 17, 2018, appellant filed a motion to abate the appeal, requesting this court abate the appeal to allow him to file a response to the underlying summary judgment proceeding. In his motion, appellant outlines what fact issues he would have raised in his response. However, as we indicated in our prior order, legal arguments setting out what errors were allegedly committed by the trial court should be presented in an appellate brief. *See* TEX. R. APP. P. 38. Accordingly, appellant's motion to abate is **DENIED**. Appellant is reminded his amended brief is past due, and appellant is **ORDERED** to file his amended brief **on or before November 5, 2018.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court